UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALLAN PARMELEE,

        Petitioner,

v.

JEFFREY UTTECHT,

        Respondent.

CASE NO. C06-1589RSM

ORDER DENYING CERTIFICATE OF APPEALABILITY

Petitioner Allen Parmelee, now appearing through counsel, has filed a motion for a Certificate of Appealability. 28 U.S.C. § 2253. *See* Dkt. # 9. To obtain such certificate and proceed with an appeal of the denial of a petition for habeas corpus, the petitioner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner "must demonstrate that the issues are debatable among jurists of reason; that a court **could** resolve the issues [in a different manner]; or that the questions are 'adequate to deserve encouragement to proceed further.' " *Barefoot v. Estelle*, 463 U.S. 88, 893 n. 4 (1983).

Petitioner argues that he was denied his constitutional right to appeal when the state court revoked his indigent status, and that a Certificate of Appealability should issue on that question as well as others. However, the argument fails to demonstrate that the revocation of indigent status is itself amenable to habeas review. It was on that basis, as well as petitioner's failure to exhaust the merits of his

ORDER - 1

ineffective assistance of counsel claim, that the habeas petition was dismissed without prejudice. Petitioner has failed to demonstrate that this determination is debatable among reasonable jurists.

Accordingly, the petition for a Certificate of Appealability is DENIED. 28 U.S.C. § 2253(c)(2).

Dated this 14th day of March, 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2